# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **CRAIG BRYSON, individually and on behalf of others similarly situation,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) **Case No. 06-00257-CV-W-NKL** |
| v. | )<br>) |
| **H&R BLOCK, INC., et al.,** | )<br>) |
| **Defendants.** | )<br>) |

## CLERK'S ORDER OF DISMISSAL

On the 26th day of May, 2006, the Plaintiff having filed a Voluntary Dismissal Without Prejudice (Doc. 25), it is hereby

ORDERED that the above-captioned action be, and hereby is dismissed, without prejudice.

                AT THE DIRECTION OF THE COURT

                Patricia Brune, Clerk

                s/ Renea Kanies

                By    Renea Kanies
                        Courtroom Deputy

Date: June 1, 2006